IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL BRENT KOVACH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. _1:06cv159-MEF_ |
| **MID SOUTH HOME CARE SERVICES, INC.** | ) JURY DEMAND ) ) |
| **Defendant.** | ) |

## SUMMONS

TO DEFENDANT:   Mid South Home Care Services, Inc.,
National Registered Agents, Inc.,
150 South Perry Street
Montgomery, AL 36104

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    _2-23-06_
CLERK OF COURT                                        DATE

By:_____
Deputy Clerk