Kovach

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mid South Home Care Services, Inc.
National Registered Agents, Inc.,
150 South Perry Street
Montgomery, AL 36104

Sum & complaint (20)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A.B.H  ☐ Agent  ☐ Addressee

Received by (Printed Name)  JAMES S. BELLAMY  C. Date of Delivery

agent for Cox · Howard P.C.

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0001 9645 3867

PS Form 3811, August 2001   Domestic Return Receipt   06·159   102595-02-M-1540