IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BRENT KOVACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| MID SOUTH HOME CARE | ) |
| SERVICES, INC. | ) 1:06-cv-159-MEF |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

**COMES NOW**, Maury S. Weiner of Wiggins, Childs, Quinn & Pantazis, LLC, and moves the Court for permission to withdraw Kell A. Simon as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

1. Kell A. Simon is no longer working for Wiggins, Childs, Quinn & Pantazis, LLC, effective June 30, 2006.

2. Jon C. Goldfarb and Maury S. Weiner are already counsel of record for the Plaintiff in this case, and will continue to represent Plaintiff. No party will be prejudiced in any way by the withdrawal of Kell A. Simon as counsel for Plaintiff.

        Respectfully submitted,

        s/Maury S. Weiner
        Jon C. Goldfarb
        Maury S. Weiner
        Counsel for Plaintiff

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants) this   18th   day of August , 2006:

William C. Carn, III
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36382
Telephone No.: (334) 792-4156
Facsimile No.: (334) 794-8342

on this the   18th   day of   August  , 2006.

        s/Maury S. Weiner
        OF COUNSEL