IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHEAL BRENT KOVACH, , | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-159-MEF |
| | ) |
| MID SOUTH HOME CARE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw Kell A. Simon (Doc. #10) filed on August 18, 2006, it is hereby

ORDERED that the motion is DENIED. Any motion to withdraw should be filed by the attorney seeking to withdraw his appearance.

DONE this the 22nd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE