IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHEAL BRENT KOVACH, ,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 1:06-cv-159-MEF |
| ) | |
| MID SOUTH HOME CARE SERVICES,   ) | |
| INC.,   ) | |
| ) | |
| Defendant.   ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Enlargement of Dispositive Motion Deadline (Doc. #12) filed on October 6, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 11th day of October, 2006.

                                                   /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE