IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MICHAEL BRENT KOVACH, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) Civil Action No.: 1:06cv159-MEF |
| MID SOUTH HOME CARE SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Michael Brent Kovach, and Defendant, Mid South Home Care Services, Inc., individually and jointly stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against the Defendant in the above styled action. All parties shall bear their costs as incurred.

Dated this 30TH day of November, 2006.

/s/ William C. Carn, III
William C. Carn, III (ASB-1166-A54W)
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302
Phone: (334) 792-4156
Fax: (334) 794-8342

/s/ Jon Goldfarb
Jon Goldfarb
Wiggins, Childs, Quinn & Pantanzis, P.C.
301 19th Street North
The Kress Building
Birmingham, AL 35203-3204
Phone: (205)314-0500
Fax:   (205)254-1500