IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BRENT KOVACH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-159-MEF |
| ) | |
| MID SOUTH HOME CARE SERVICES, ) | (WO) |
| INC., ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation for Dismissal with Prejudice (Doc. #15) filed by the parties on November 30, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 1st day of December, 2006.

                                                 /s/ Mark E. Fuller
                                                 CHIEF UNITED STATES DISTRICT JUDGE