# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

### POST OFFICE BOX 711

### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Kovach v. Mid South Home Care Services, Inc.

Case Number: 1:06-cv-00159-MEF

Referenced Docket Entry - *** Order - Doc. No. 17

The referenced docket entry was electronically filed with ERROR on ***December 4, 2006***  and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed as a response and not a pending motion. This document will be re-efiled correctly.